UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COY LEE COLEMAN, JR.,

    Petitioner,

v.                                        Case No. 3:13cv449/LC/CJK

MICHAEL CREWS,

    Respondent.
_____/

O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 8, 2014. (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which the timely objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 30) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 24) is GRANTED.

3. The second amended petition for writ of habeas corpus (doc. 17), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Coy Lee Coleman, Jr.* in the Circuit Court for Escambia County, Florida, Case Nos. 08-CF-5856, 08-CF-5857, 08-CF-5858 and 09-CF-3045, is DISMISSED WITH PREJUDICE.

4. The clerk is directed to close the file.

...

5. A certificate of appealability is DENIED.

**ORDERED** on this 17th day of December, 2014.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**